# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

HEATHER ELIZABETH HAMOOD,
an individual,

                Plaintiff,

                                      Case No. 18-cv-13194

v.                                   Honorable Marianne O. Battani

TRINITY HEALTH CORPORATION, an
Indiana non-profit corporation, INFINITY
PRIMARY CARE, PLLC, a Michigan
professional limited liability company,
ANTHONY VETTRAINO, an individual,
RAKSH PATEL, an individual, and DANIEL
MERAM, an individual, jointly and severally,

                Defendants.

---

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION |
|---|---|
| A | Agreement for Residency Appointment – Program Year 1 |
| B | Deposition of Dr. Stacy O'Dowd |
| C | Deposition of Susan Greenwood-Clark |
| D | Deposition of Dr. Anthony Vettraino |
| E | SMMH Family Medicine Residency Resident Developmental Milestones/Semi-Annual Evaluation (11/16/15) |
| F | Family Medicine Outpatient Year 1 Evaluation with Milestones (12/14/15-12/23/15) by Sue Graham |
| G | Plaintiff's CIBIS Exam Registration(s) and CAP Scores |
| H | USMLE Step 3 Overview |

1

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| I | Deposition of Heather Hamood |
| J | Agreement for Residency Appointment – Program Year 2 |
| K | SMMH Family Medical Medicine Residency Resident Developmental Milestones/Semi-Annual Evaluation (9/21/16) |
| L | Family Medicine Outpatient Year 2 Evaluation with Milestones (9/26/16-10/23/16) by Sue Graham |
| M | Inpatient Family Medicine PGY 2 & PGY 3 with Milestones (11/7/16-11/26/16) by Dr. Mark Michaels |
| N | Inpatient Family Medicine PGY 2 & PGY 3 with Milestones (11/7/16-11/20/16) by Dr. Rakesh Patel |
| O | E-mails of December 14 and 15, 2016 |
| P | Request for Leave of Absence |
| Q | Weekly Performance Evaluations Prepared by Dr. Gary Falkenberg |
| R | Resident Remediation Plans: <br> 1. March 13, 2017 <br> 2. April 11, 2017 <br> 3. May 23, 2017 <br> 4. June 13, 2017 |
| S | USMLE/COMPLEX/NBPME Part 3 Requirements for Advancement Policy |
| T | Sue Graham and Dr. Anthony Vettraino's Assessment of Resident Skills Through Video Recording |
| U | Weekly Performance Evaluation Prepared by Dr. Anthony Vettraino |
| V | Process for Correcting Resident Deficiencies (Remediation) Policy |
| W | May 6, 2017 E-mail from H. Hamood to Dr. Stacy O'Dowd |
| X | May 10, 2017 E-mail from H. Hamood to Dr. Stacy O'Dowd |
| Y | June 7, 2017 E-mail from H. Hamood to Dr. Stacy O'Dowd |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Z | June 10, 2017 E-mail from H. Hamood to Dr. Stacy O'Dowd |
| AA | Complaint |
| BB | EEOC Charge of Discrimination and Amended Charge of Discrimination |
| CC | Graduate Medical Education and St. Mary's Harassment Policy |
| DD | Summary of CCC Meeting Notes and Milestones |
| EE | Purdue Academic Transcript |
| FF | MCAT Score Report |
| GG | July 14, 2010 E-Mail from H. Hamood to Test Administrator |
| HH | *Yost v. Paychex, Inc.*, 1998 WL 1989811 (Mich. Ct. App., Sept. 29, 1998) |
| II | *Lan Nguyen v. GMC*, 2006 U.S. Dist. LEXIS 60088 (W.D. Mich. 2006) |
| JJ | E-mails of March 13, 2017, February 15, 2017, and January 24, 2017 from H. Hamood |
| KK | Independent Contractor Administrative and Teaching Services Agreement for St. Mary Mercy Hospital Family Medicine Residency Program and Amendment |
| LL | Deposition of Dr. Rakesh Patel |
| MM | May 23, 2017 Letter from Dr. O'Dowd to Dr. O'Brien and Ms. Greenwood-Clark |
| NN | November 10, 2016 E-mail |
| OO | Notes from H. Hamood Meeting with Human Resources |
| PP | Letter from NBME regarding hack |
| QQ | Dr. O'Dowd Notes |
| RR | June 13, 2017 Termination Letter |
| SS | H. Hamood Appeal Position Statement |
| TT | Human Resources Notes re: Drs. Vettraino and Patel |