## INDEX OF EXHIBITS

1. Plaintiff's Medical School Record
2. Contract Between heather Hamood and Trinity Health Corp. for PGY-1
3. Authorization to Do Business in Michigan for Trinity Health Corporation
4. Articles of Organization Infinity Primary Care, PLLC
5. Transcript, Deposition of Stacey O'Dowd
6. Transcript, Deposition of Susan Greenwood-Clark
7. Transcript, Deposition of Anthony Vettraino
8. Transcript, Deposition of Rakesh Patel
9. Termination Letter
10. Hamood PGY-1 Reviews
11. Transcript, Deposition of Heather Hamood
12. Contract Between heather Hamood and Trinity Health Corp. for PGY-2
13. Email chain between St. Mary Mercy Family Medicine Residents
14. Hamood PGY-2 Reviews
15. Hamood Semi-Annual Reviews
16. Affidavit of Heather Hamood
17. Articles Regarding Sexual Assault Victims' Failure to Reposrt
18. Michigan Department of Licensing and Regulatory Affairs Licensing Complaint against Anthony Vettraino
19. Consent Judgment Between Michigan Department of Attorney General and Dr. Anthony Vettraino
20. Memo by Dr. Mark Michaels dated November 13, 2016.
21. Heather Hamood USMLE Step 3 Results, March 2017.
22. Polygraph Examination results presented to St. Mary Mercy Appeal Board.
23. St. Mary Mercy investigation of Hamood complaints.

24. Report of Dr. Hampton Walker

25. Affidavit of Stacey Askew