UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HEATHER ELIZABETH
HAMOOD,                                          Case No. 2:18-cv-13194

       Plaintiff,                               HONORABLE STEPHEN J. MURPHY, III

v.

TRINTY HEALTH
CORPORATION, et al.,

       Defendants.
_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order dated February 25, 2021, Plaintiff's Title VII claims are dismissed with prejudice and Plaintiff's state law claims are dismissed without prejudice.

                      KINIKIA ESSIX
                      CLERK OF THE COURT

                      BY: s/ D. Parker
                      Deputy Clerk

Dated: February 25, 2021

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 25, 2021, by electronic and/or ordinary mail.

                      s/ David P. Parker
                      Case Manager